244 So.2d 610

**Homer ROBERTS**

**v.**

**PROVIDENCE WASHINGTON INSUR-ANCE COMPANY et al.**

**No. 51157.**

Feb. 24, 1971.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

244 So.2d 610

**Murriell CUMMINGS**

**v.**

**PROVIDENCE WASHINGTON INSUR-ANCE COMPANY et al.**

**No. 51159.**

Feb. 24, 1971.

On the facts found by the Court of Appeal, we find no error of law in its judgment.